George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

[Additional counsel listed on signature page]

*Counsel for Plaintiff Ronald Chinitz
and the Proposed Class*

Calvin E. Davis (State Bar No. 101640)
cdavis@grsm.com
Aaron P. Rudin (State Bar No. 223004)
arudin@grsm.com
Candice S. Nam (State Bar No. 293875)
cnam@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
633 West Fifth Street, 52nd Street
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

*Counsel for Defendant NRT West, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RONALD CHINITZ, *individually, and on behalf of a class of similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>NRT WEST, INC., *d/b/a Coldwell Banker Residential Brokerage Company*,<br><br>Defendant. | Case No. 5:18-cv-06100-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronald Chinitz and Defendant NRT West, Inc., the parties to the above-captioned action, hereby stipulate to dismissal of the action with prejudice, with each side bearing its fees and costs.

Date: October 28, 2019

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**TYCKO & ZAVAREEI LLP**
Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
V Chai Oliver Prentice (State Bar No. 309807)
*vprentice@tzlegal.com*
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for Plaintiff Ronald Chinitz and the Proposed Class*

Date: October 28, 2019

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Aaron P. Rudin*
Aaron P. Rudin (State Bar No. 223004)
*arudin@grsm.com*

1  Calvin E. Davis (State Bar No. 101640)
   *cdavis@grsm.com*
2  Candice S. Nam (State Bar No. 293875)
   *cnam@grsm.com*
3  633 West Fifth Street, 52nd Street
   Los Angeles, California 90071
4  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
5
   *Counsel for Defendant NRT West, Inc.*
6

7

8  **<u>ATTESTATION</u>**

9  In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
10 document has been obtained from the other signatories.

11

12 Date: October 28, 2019            By: */s/ George V. Granade*
                                          George V. Granade
13